IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01701-RPM

WELD COUNTY SCHOOL DISTRICT NO. 6,

    Plaintiff,

v.

PLAYCORE WISCONSIN, INC., d/b/a GAME TIME, INC.

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation to Dismiss Plaintiff's Claims with Prejudice [18] filed June 11, 2013, it is

ORDERED that this action is dismissed with prejudice with each party to pay their own costs and attorney fees.

Dated:  June 12th, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge